# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 15, 2011

142658

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                           SC: 142658
                                           COA: 293912
                                           Allegan CC: 2008-015937-FH

JOSHUA ALLEN YEAKEY,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the January 18, 2011 judgment of the Court of Appeals is considered and, it appearing to the Court that the cases of *People v Pullen* (Docket No. 142751) and *People v Watkins* (Docket No. 142031) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 15, 2011 _____

y0608

_____
Clerk